Andrew N. Friedman
Daniel S. Sommers (DS-2084)
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE AUDIBLE INC. SECURITIES LITIGATION, | (DOCUMENT ELECTRONICALLY FILED) |
| | Civil Action No. 2:05-CV-01027-JAG-MCA |
| | **NOTICE REGARDING FEBRUARY 23, 2009 INQUIRY** |

   Although this case has been closed, one of the Plaintiffs (H. Keith Morgan) made inquiry to the Clerk of the Court of the status of the case via a February 23, 2009 letter.  Plaintiffs' Counsel hereby states that they have spoken with Mr. Morgan regarding his February 23 inquiry and confirmed that the case is closed.

March 4, 2009                                         COHEN MILSTEIN SELLERS & TOLL, PLLC


                                      By:    */s/ Daniel S. Sommers*
                                           Andrew N. Friedman
                                           Daniel S. Sommers (DS-2084)
                                           1100 New York Avenue, N.W.
                                           Suite 500, West Tower
                                           Washington, DC  20005
                                           (202) 408-4600


444508.1 1